1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | JACQUELINE COLEMAN,                    No. 2:24-cv-2373 KJM SCR (PS)
12 |         Plaintiff,
13 |     v.                                 <u>ORDER</u>
14 | COUNTY OF SACRAMENTO, et al.,
15 |         Defendants.
16

17        Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge
18 under Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).
19        On June 16, 2025, the magistrate judge filed findings and recommendations, which were
20 served on plaintiff and which contained notice to plaintiff that any objections to the findings and
21 recommendations were to be filed within fourteen (14) days. *See* ECF No. 2. Plaintiff has not
22 filed objections to the findings and recommendations.
23        The court presumes that any findings of fact are correct. *See Orand v. United States*,
24 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de
25 novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by
26 the magistrate judge are reviewed de novo by both the district court and [the appellate] court
27 . . . ."). Having reviewed the file, the court finds the findings and recommendations to be
28 supported by the record and by the proper analysis. However, the court notes the case the

magistrate judge found to be duplicative of this case, *Coleman v. County of Sacramento et al.*, No. 23-2677-DC-CKD (*Coleman I*), was dismissed without prejudice on July 17, 2025, and judgment was entered, *see Coleman I*, ECF Nos. 24–25. The court therefore only dismisses this action for plaintiff's failure to pay the required filing fee, *see* 28 U.S.C. 1914(a), and for failure to complete the required in forma pauperis ("IFP") application, *see* 28 U.S.C. §1915(a)(1) (requiring a plaintiff to "submit an affidavit that includes a statement of all assets . . . that the person is unable to pay such fees or give security therefor"); *Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (upholding district court's authority to dismiss a complaint without prejudice for failure to pay filing fee).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 16, 2025, are adopted **in part**.

2. This action is **dismissed** without prejudice because plaintiff has failed to pay the filing fee or submit an IFP application.

3. The clerk of the court is directed to close this case.

This order resolves ECF No. 2.

IT IS SO ORDERED.

DATED: August 1, 2025.

UNITED STATES DISTRICT JUDGE